# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00020-CR

**Ex parte Randy Nolen**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 01-1516, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

Randy Nolen filed a pretrial application for writ of habeas corpus seeking a reduction of bail in three causes pending in the district court. The writ issued and, after a hearing, the relief was denied. This appeal followed. We are now advised by Nolen's counsel that Nolen pleaded guilty in each cause, received probated sentences, and is no longer in custody. Counsel has enclosed copies of the judgments in each cause. Under the circumstances, the question of pretrial bail is moot and the appeal is dismissed.

Jan P. Patterson

Before Justices Kidd, Patterson and Puryear

Dismissed as Moot

Filed:   March 14, 2002

Do Not Publish